# EXHIBIT 2
[To be Filed *In Camera* & Under Seal]