# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Teresa Wojcik

                                  Plaintiff,

v.                                                          Case No.: 1:15–cv–02612
                                                                       Honorable Gary Feinerman

Crown Castle USA, Inc.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 27, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 2/16/2016 at 9:00 a.m. For the reasons stated on the record, Plaintiff's request for fees and costs is granted in part and denied in part. As for the disputed issues, the court ruled for Plaintiff regarding the Edelson PC fees, the time for preparing the motion to amend and second amended complaint, and the billing rate for Attorney Kasmarick; the court ruled for Defendant regarding the time for drafting a retention agreement, the Edelson firm's "ramp up" time, the billing rate for Attorney Papoutsis, and the proposed risk multiplier. By 2/2/2016, the parties shall submit to the proposed order email box a proposed fee/cost order that implements the court's rulings.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.