**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TERESA WOJCIK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CROWN CASTLE USA, INC., a Pennsylvania corporation.<br><br>*Defendant*. | Case No. 15-cv-02612<br><br>Judge Gary Feinerman |

## AGREED ORDER

This cause having come to be heard on Plaintiff Teresa Wojcik's request for attorneys' fees and costs as set forth in the Parties' Joint Statement Under Rule 54.3(e) (Dkt. 48), upon consideration of the Parties' submissions,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. As set forth in the Court's January 27, 2016 Order (Dkt. 60), Plaintiff's counsels' request for fees is granted in part and denied in part;

2. Defendant Crown Castle Inc. ("Crown Castle") shall make payment to Edelson PC for attorneys' fees in the amount of $46,222.45;

3. Defendant Crown Castle shall make payment to Edelson PC for costs and expenses in the amount of $105.31;

4. Defendant Crown Castle shall make payment to The Law Offices of Nicholas C. Syregelas for attorneys' fees in the amount of $21,718.75;

5. Defendant Crown Castle shall make payment to The Law Offices of Nicholas C. Syregelas for costs and expense in the amount of $465.00; and

6. Except as otherwise ordered herein, the Parties shall each bear their own costs and attorneys' fees incurred in anyway related to this matter

**IT IS SO ORDERED.**

ENTERED: 2/11/2016

_____
HONORABLE GARY FEINERMAN
UNITED STATES DISTRICT JUDGE


**Prepared by:**

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Nicholas C. Syregelas
ns@syregelaslaw.com
Kyle Kasmarick
kkasmarick@syregelaslaw.com
The Law Offices of Nicholas C. Syregelas
19 North Green Street
Chicago, Illinois 60607
Tel: 312.243.0900
Fax: 312.243.0901

*Counsel for Plaintiff*

Harry J. Secaras
harry.secaras@olgetreedeakins.com
Michael D. Ray
michael.ray@olgetreedeakins.com
Colleen G. DeRosa
colleen.derosa@olgetreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Tel: 312.558.1220

***Counsel for Defendant***